nesses for appellants and three for appellees testified, and the court heard argument of counsel before denying the request for the temporary restraining order. It was in substance and result a hearing on and the denial of a preliminary injunction * * *."

As hereinabove indicated, it is concluded that an appeal will not lie from the subject order of the District Court and the appeal is accordingly dismissed.

Before SOBELOFF, BOREMAN, and BUTZNER, Circuit Judges.

PER CURIAM:

The defendants were convicted of breaking open a mail box [18 U.S.C. § 1705]. Upon consideration of the briefs and oral argument, we find no error. Their convictions are affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**Richard H. TURNER and Emily D. Turner, Respondents.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**Richard H. TURNER and James F. McClelland, Jr., Special Administrators of the Estate of Pamela T. Turner, Deceased, Respondents.**

**Nos. 19010, 19011.**

United States Court of Appeals Sixth Circuit.

May 15, 1969.
As Corrected June 12, 1969.

**UNITED STATES of America, Appellee,**

v.

**Walter EASLEY, Appellant.**

**UNITED STATES of America, Appellee,**

v.

**Elwood HOWARD, Appellant.**

**Nos. 12150, 12151.**

United States Court of Appeals Fourth Circuit.

Argued May 6, 1969.
Decided May 13, 1969.

Donald J. Coureas, Norfolk, Va. (court-appointed), for appellants.

James A. Oast, Jr., Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on the brief), for appellee.